PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 07, 2019**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| | ) |
| Christopher Faydo | ) Case No. 2:19CR00008-SAB-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Christopher Faydo, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On February 12, 2019, Mr. Faydo was released from custody under conditions of pretrial release supervision. Additional condition number 28 of the release order requires Mr. Faydo to participate in the location monitoring program with home detention. Currently, Mr. Faydo is scheduled to appear before the Honorable Stanley A. Bastian for sentencing in the instant Federal matter on December 5, 2019.

Since his release from custody, Mr. Faydo has complied with this conditions of pretrial release supervision. He has obtained employment, completed substance abuse treatment, and all drug tests have yielded negative results for illegal controlled substances.

Based on Mr. Faydo's compliance with his conditions of pretrial release supervision, the undersigned officer respectfully recommends the Court remove additional condition number 28 that requires Mr. Faydo participate in the location monitoring program with home detention.

Defense counsel and the U.S. attorney's office have no objection to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| _____ | 11/5/19 | _____ | 11/5/19 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Christopher Faydo | | Erik Carlson | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    11-5-19
Signature of Defense Counsel          Date

John Gregory Lockwood

[X]  The above modification of conditions of release is ordered, to be effective on 11/7/19.

[ ]  The above modification of conditions of release is not ordered.

_____    November 7, 2019
Signature of Judicial Officer         Date

John T. Rodgers